UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH L NICKOLS,

        Plaintiff,

   v.

STEVE MANSFIELD et al.,

        Defendants.

CASE NO. C13-5942 BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION REGARDING DEFENDANT TERRY WILSON

    The District Court referred this is 42 U.S.C. § 1983 civil rights matter to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asks the Court to order counsel of record for the other defendants to appear and respond on behalf of defendant Terry Wilson (ECF No. 18). Counsel representing the other defendants has responded and notes that defendant Wilson is not a Lewis County employee. Counsel also notes that it appears that Mr. Wilson has not been served (ECF No. 29, declaration of counsel, ¶ 2).

1  It is plaintiff's responsibility to provide the Court with an address where a defendant can be served. If plaintiff has updated information regarding the whereabouts of defendant Terry Wilson plaintiff may file a motion asking the Court to attempt service a second time on this defendant. Plaintiff's motion asking the Court to force an attorney to appear and respond on behalf of a person the attorney does not represent is denied.

Dated this 3rd day of February, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
REGARDING DEFENDANT TERRY WILSON - 2