UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH L NICKOLS,

    Plaintiff,

v.

STEVE MANSFIELD et al.,

    Defendants.

CASE NO. C13-5942 BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR A DISCOVERY CONFERENCE

    This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asks the Court to order the parties to hold a discovery conference pursuant to Fed. R. Civ. P. 26(f) (ECF No. 19). The Court has reviewed the file including defendants' response to the motion, (ECF No. 31), and plaintiff's reply (ECF No. 33).

    Because this is a case that is exempt from initial disclosure pursuant to Fed. R. Civ. P.

1  26(a)(1)(B)(iv), the discovery conference outlined in Fed. R. Civ. P. 26(f) does not apply. The
2  Court denies plaintiff's motion.

3       Dated this 3rd day of February, 2014.

4
5                                      _____
                                        J. Richard Creatura
6                                       United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24