UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH L. NICKOLS,

        Plaintiff,

v.

STEVE MANSFIELD, JIM PEA, JACK HASKINS, JULIE WEST, and TERRY WILSON,

        Defendants.

CASE NO. C13-5942BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 36. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for default is denied. No defendant had been properly served at the time Plaintiff filed his motion. Defendants waived personal service, appeared, and filed an answer after Plaintiff's motion was filed. (ECF Nos. 21 to 25).

Dated this 3rd day March, 2014.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER