1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

8

9

JOSEPH L. NICKOLS,

                    Plaintiff,

v.

STEVE MANSFIELD, et al.,

                    Defendants.

CASE NO. C13-5942 BHS-JRC

ORDER ADOPTING REPORT
AND RECOMMENDATION

10

11      This matter comes before the Court on the Report and Recommendation ("R&R")

12  of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 38. The Court

13  having considered the R&R and the remaining record, and no objections having been

14  filed, does hereby find and order as follows:

15      (1)     The R&R is **ADOPTED**; and

16      (2)     Plaintiff's motion for injunctive relief regarding access to courts is denied.

17      Dated this 17th day of March, 2014.

18

19

20

_____
BENJAMIN H. SETTLE
United States District Judge

21

22

ORDER